IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA, GENE A. CRAYTON, and CRAIG F. ENENBACH,<br><br>Plaintiffs,<br><br>v.<br><br>SHK MANAGEMENT, INC., A PENNSYLVANIA CORPORATION, D/B/A KORMAN COMMUNITIES, INC., WASHINGTON H STREET ASSOCIATES, LLC, A DELAWARE COMPANY, AND KCI INVESTMENT COMPANY, LLC, A PENNSYLVANIA COMPANY.<br><br>Defendants. | Civil Action No. 1:06CV02122-GK |

### MOTION TO ADMIT TED PORETZ AND DOUGLAS T. SCHWARZ
### *PRO HAC VICE*

Pursuant to LCvR 83.2(d), undersigned counsel, a member of the Bar of this Court in good standing, hereby moves the admission, *pro hac vice*, of the following individual attorneys as counsel for Plaintiffs Paralyzed Veterans of America, Gene A. Crayton, and Craig F. Enebach in this matter:

Ted Poretz

Douglas T. Schwarz

Both are members of the New York Bar, and practice with Bingham McCutchen LLP, located at 399 Park Avenue, New York, New York 10022-4689, (212) 705-7000.

_____
Gerard P. Finn (D.C. Bar 448462)
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Tel: (202) 373-6097

December 18, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA, GENE A. CRAYTON, and CRAIG F. ENENBACH,<br><br>Plaintiffs,<br><br>v.<br><br>SHK MANAGEMENT, INC., A PENNSYLVANIA CORPORATION, D/B/A KORMAN COMMUNITIES, INC., WASHINGTON H STREET ASSOCIATES, LLC, A DELAWARE COMPANY, AND KCI INVESTMENT COMPANY, LLC, A PENNSYLVANIA COMPANY.<br><br>Defendants. | Civil Action No. 1:06CV02122-GK |

### DECLARATION OF TED PORETZ

In accordance with LCvR 83.2(d), I, Ted Poretz, certify that I am an attorney with Bingham McCutchen LLP, located at 399 Park Avenue, New York, New York 10022-4689, (212) 705-7000. I have been admitted to and am a member in good standing of the bars of New York, U.S. Courts of Appeal for the First and Second Circuits, and the U.S. District Courts for the Southern and Eastern Districts of New York. I hereby certify that I have never been disciplined by any bar. I have not been admitted *pro hac vice* in this Court in the past two years. Although Bingham McCutchen has an office in Washington, D.C., I do not engage in the practice of law from that office. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

Ted Poretz
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022-4689
(212) 705-7000

December 14, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA, GENE A. CRAYTON, and CRAIG F. ENENBACH,<br><br>Plaintiffs,<br><br>v.<br><br>SHK MANAGEMENT, INC., A PENNSYLVANIA CORPORATION, D/B/A KORMAN COMMUNITIES, INC., WASHINGTON H STREET ASSOCIATES, LLC, A DELAWARE COMPANY, AND KCI INVESTMENT COMPANY, LLC, A PENNSYLVANIA COMPANY.<br><br>Defendants. | Civil Action No. 1:06CV02122-GK |

## DECLARATION OF DOUGLAS T. SCHWARZ

In accordance with LCvR 83.2(d), I, Douglas T. Schwarz, certify that I am an attorney with Bingham McCutchen LLP, located at 399 Park Avenue, New York, New York 10022-4689, (212) 705-7000. I have been admitted to and am a member in good standing of the bars of Massachusetts, New York, the U.S. Courts of Appeal for the First and Fourth Circuits, and the U.S. District Courts for the Districts of Vermont and the Southern and Eastern Districts of New York. I hereby certify that I have never been disciplined by any bar. I have not been admitted *pro hac vice* in this Court in the past two years. Although Bingham McCutchen has an office in Washington, D.C., I do not engage in the practice of law from that office. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

_____
Douglas T. Schwarz
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022-4689
(212) 705-7000

December 14, 2006

DCDOCS/670420.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PARALYZED VETERANS OF AMERICA, GENE A. CRAYTON, and CRAIG F. ENENBACH,<br><br>Plaintiffs,<br>v.<br><br>SHK MANAGEMENT, INC., A PENNSYLVANIA CORPORATION, D/B/A KORMAN COMMUNITIES, INC., WASHINGTON H STREET ASSOCIATES, LLC, A DELAWARE COMPANY, AND KCI INVESTMENT COMPANY, LLC, A PENNSYLVANIA COMPANY.<br><br>Defendants. | Civil Action No. 1:06CV02122-GK |

**[PROPOSED] ORDER GRANTING MOTION TO ADMIT TED PORETZ AND DOUGLAS T. SCHWARZ *PRO HAC VICE***

Upon consideration of the Motion to Admit Ted Poretz and Douglas T. Schwarz *pro hac vice*, it is the opinion of this Court that the motion be GRANTED. It is therefore ORDERED that:

Ted Poretz and Douglas T. Schwarz are admitted *pro hac vice* to represent Paralyzed Veterans of America, Gene A. Crayton, and Craig F. Enenbach in the above-referenced matter.

_____
United States District Court Judge

December ___, 2006