

FILED

DEC 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

386-online
10/03

# United States District Court
# For the District of Columbia

Paralyzed Veterans of America, et al.

Plaintiff

vs

SHK Management, Inc., et al.

Defendant

Civil Action

CASE NUMBER  1:06CV02122

JUDGE: Gladys Kessler

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 12/14/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Paralyzed Veterans of America** which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Gerard P. Finn_ (signature)
Signature

448462
BAR IDENTIFICATION NO.

Gerard P. Finn
Print Name

Bingham McCutchen LLP, 2020 K Street, NW
Address

Washington, D.C.   20006-1806
City          State          Zip Code

(202)373-6097
Phone Number