IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA, GENE A. CRAYTON, and CRAIG F. ENENBACH,<br><br>Plaintiffs,<br><br>v.<br><br>SHK MANAGEMENT, INC., A PENNSYLVANIA CORPORATION, D/B/A KORMAN COMMUNITIES, INC., WASHINGTON H STREET ASSOCIATES, LLC, A DELAWARE COMPANY, AND KCI INVESTMENT COMPANY, LLC, A PENNSYLVANIA COMPANY.<br><br>Defendants. | Civil Action No. 1:06CV02122-GK |

**STIPULATION CONCERNING EXTENSTION OF TIME
FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

Pursuant to Defendants' request, Plaintiffs hereby agree and stipulate that Defendants shall have to and including January 19, 2006, to file their answer or otherwise respond to Plaintiffs' Complaint.

/s/ Gerard P. Finn
Gerard P. Finn (D.C. Bar 448462)
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Tel: (202) 373-6097

Douglas T. Schwarz (admitted *pro hac vice*)
Ted Poretz (admitted *pro hac vice*)
399 Park Avenue
New York, New York 10022
Tel: (212) 705-7000

*Attorneys for Plaintiffs
Paralyzed Veterans of America, Gene A. Crayton, and Craig F. Enenbach*

January 2, 2007

2

**Certificate of Service**

I hereby certify that on this 2nd day of January 2007, I sent by first class U.S. mail a true and correct copy of the foregoing Stipulation to:

> Robert S. Grossman
> Executive Vice President
> Korman Communities
> 450 Plymouth Road, Suite 300
> Plymouth Meeting, PA 19462-1644

/s/ Gerard P. Finn
Gerard P. Finn