UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PARALYZED VETERANS<br>OF AMERICA, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>SHK MANAGEMENT, INC.,<br>D/B/A KORMAN<br>COMMUNITIES, INC., ET AL.<br><br>    Defendants. | Civil Action No. 1:06CV02122-GK |

## NOTICE OF APPEARANCE

Defendants respectfully request the Clerk to enter the appearance of Leo Rydzewski of the law firm Holland & Knight LLP as co-counsel for Defendants SHK Management, Inc. d/b/a Korman Communities, Inc., Washington H Street Associates, LLC, and KCI Investment Company, LLC.

January 5, 2007                    Respectfully submitted,

                                    HOLLAND & KNIGHT, LLP

                                    By: _____/s/ Leo G. Rydzewski_____
                                            Leo G. Rydzewski (Bar No. 459979)
                                            2099 Pennsylvania Ave., NW, Suite 100
                                            Washington, D.C. 20006
                                            (202) 955-3000 Phone
                                            (202) 955-5564 Fax
                                            Leo.rydzewski@hklaw.com

                                            *Counsel to Defendants*

# 4282952_v1