UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS )<br>OF AMERICA, ET AL., )<br>   )<br>   Plaintiffs, )<br>   )<br>v. )<br>   )<br>SHK MANAGEMENT, INC., )<br>D/B/A KORMAN )<br>COMMUNITIES, INC., ET AL. )<br>   )<br>   Defendants. )<br>_____) | Civil Action No. 1:06CV02122-GK |

**NOTICE OF APPEARANCE**

Defendants respectfully request the Clerk to enter the appearance of Christopher Hanback of the law firm Holland & Knight LLP as co-counsel for Defendants SHK Management, Inc. d/b/a Korman Communities, Inc., Washington H Street Associates, LLC, and KCI Investment Company, LLC.

January 5, 2007                           Respectfully submitted,

                                          HOLLAND & KNIGHT, LLP

                                          By:    /s/ Christopher Hanback
                                               Christopher Hanback (Bar No. 232579)
                                               2099 Pennsylvania Ave., NW, Suite 100
                                               Washington, D.C. 20006
                                               (202) 955-3000  Phone
                                               (202) 955-5564  Fax
                                               Christopher.hanback@hklaw.com

                                          *Counsel to Defendants*

# 4283036_v1