UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS ) <br> OF AMERICA, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHK MANAGEMENT, INC., ) <br> D/B/A KORMAN ) <br> COMMUNITIES, INC., ET AL. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:06CV02122-GK |

**CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and this Court's January 4, 2007 Order Setting Initial Scheduling Conference, Defendants SHK Management, Inc. d/b/a Korman Communities, Inc., Washington H Street Associates, LLC, and KCI Investment Company, LLC., by and through their undersigned counsel, hereby move for an extension of time until January 19, 2007, to answer or otherwise respond to Plaintiffs' Complaint. The grounds for this motion are more fully discussed in the attached Memorandum of Points and Authorities.

In accordance with Local Rule 7(m), the undersigned states that counsel for Plaintiffs previously filed a Stipulation Concerning Extension of Time agreeing and stipulating to the relief requested herein.

January 5, 2007                    Respectfully submitted,


                                   HOLLAND & KNIGHT, LLP


                           By:     ____/s/ Leo G. Rydzewski____
                                   Leo G. Rydzewski (Bar No. 459979)
                                   Christopher Hanback (Bar No. 232579)
                                   2099 Pennsylvania Ave., NW, Suite 100
                                   Washington, D.C.  20006
                                   (202) 955-3000  Phone
                                   (202) 955-5564  Fax
                                   Christopher.hanback@hklaw.com
                                   Leo.Rydzewski@hklaw.com

                                   *Counsel to Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS<br>OF AMERICA, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHK MANAGEMENT, INC.,<br>D/B/A KORMAN<br>COMMUNITIES, INC., ET AL.<br><br>    Defendants. | Civil Action No. 1:06CV02122-GK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants SHK Management, Inc. d/b/a Korman Communities, Inc., Washington H Street Associates, LLC, and KCI Investment Company, LLC., by and through their undersigned counsel, hereby submit this Memorandum of Points and Authorities in Support of their Consent Motion for Extension of Time to Answer or Respond to Plaintiffs' Complaint.

Plaintiffs filed their Complaint on December 14, 2006. Defendants were served with the Summons on December 18, 2006. Therefore, Defendants' Answer or response is due on January 8, 2007.

On January 2, 2007, Plaintiffs filed a Stipulation agreeing and stipulating to an extension of time until January 19, 2007, for Defendants to answer or respond to the Complaint.

Undersigned counsel only recently was retained for this matter. In addition, on Thursday, January 4, 2007, the parties participated in a settlement conference to determine if the parties may resolve this matter without the need for Defendants to file an Answer. Those discussions are continuing. Therefore, Defendants request a limited extension of time, up to and including January 19, 2007, to answer or otherwise respond to the Complaint.

In accordance with Rule 6(b), the Court has the inherent power to grant reasonable extensions of time to file pleadings. See Simpson v. Socialist People's Libyan Arab Jamahiriya, 362 F. Supp. 2d 168, 171 (D.D.C. 2005) (noting that Court had previously granted an extension of time for defendant to file an answer); Savage v. Scales, 310 F. Supp. 2d 122, 127 (D.D.C. 2004) (granting two separate motions for extension of time where case was removed from state court and party submitted second motion for extension of time one day after the response deadline); Carbe v. Bureau of Alcohol, Tobacco, and Firearms, Civ. A. No. 03-1658(RMC), 2004 W.L. 2051359, at *9 (D.D.C. Aug. 12, 2004) (noting Court's willingness to grant an extension of time should the party require one).

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant their motion to extend their time to respond to Plaintiffs' Complaint until January 19, 2007.

January 5, 2007                     Respectfully submitted,

                                   HOLLAND & KNIGHT, LLP

                                   By:     /s/ Leo G. Rydzewski
                                        Leo G. Rydzewski (Bar No. 459979)
                                        Christopher Hanback (Bar No. 232579)
                                        2099 Pennsylvania Ave., NW, Suite 100
                                        Washington, D.C. 20006
                                        (202) 955-3000  Phone
                                        (202) 955-5564  Fax
                                        Christopher.hanback@hklaw.com
                                        Leo.Rydzewski@hklaw.com

                                        *Counsel to Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS <br> OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SHK MANAGEMENT, INC., <br> D/B/A KORMAN <br> COMMUNITIES, INC., ET AL. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:06CV02122-GK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**

The Court having considered the Consent Motion for Extension of Time to Answer or Respond to Plaintiffs' Complaint, and good cause having been shown, it is this ____ day of _____, 2007;

**ORDERED** that the Motion for Extension of Time is **GRANTED**;

It is further **ORDERED** that Defendants have up to and including January 19, 2007 to file their Answer or response to Plaintiffs' Complaint.

_____
Judge Gladys Kessler
United States District Judge

# 4283258_v1