UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS )<br>OF AMERICA, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SHK MANAGEMENT, INC., )<br>D/B/A KORMAN )<br>COMMUNITIES, INC., ET AL. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:06CV02122-GK |

**CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and this Court's January 4, 2007 Order Setting Initial Scheduling Conference, Defendants SHK Management, Inc. d/b/a Korman Communities, Inc., Washington H Street Associates, LLC, and KCI Investment Company, LLC., by and through their undersigned counsel, hereby move for an extension of time until January 29, 2007, to answer or otherwise respond to Plaintiffs' Complaint. The grounds for this motion are more fully discussed in the attached Memorandum of Points and Authorities.

In accordance with Local Rule 7(m), the undersigned states that counsel for Plaintiffs has consented to the relief requested herein.

January 16, 2007                              Respectfully submitted,


                                          HOLLAND & KNIGHT, LLP


                                          By:      /s/ Leo G. Rydzewski
                                                  Leo G. Rydzewski (Bar No. 459979)
                                                  Christopher Hanback (Bar No. 232579)
                                                  2099 Pennsylvania Ave., NW, Suite 100
                                                  Washington, D.C.  20006
                                                  (202) 955-3000  Phone
                                                  (202) 955-5564  Fax
                                                  Christopher.hanback@hklaw.com
                                                  Leo.Rydzewski@hklaw.com

                                                  *Counsel to Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS<br>OF AMERICA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>SHK MANAGEMENT, INC.,<br>D/B/A KORMAN<br>COMMUNITIES, INC., ET AL.<br><br>Defendants. | Civil Action No. 1:06CV02122-GK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants SHK Management, Inc. d/b/a Korman Communities, Inc., Washington H Street Associates, LLC, and KCI Investment Company, LLC., by and through their undersigned counsel, hereby submit this Memorandum of Points and Authorities in Support of their Consent Motion for Extension of Time to Answer or Respond to Plaintiffs' Complaint.

Plaintiffs filed their Complaint on December 14, 2006 and served Defendants with the Summons on December 18, 2006. On January 8, 2007, after Plaintiffs filed a Stipulation and Defendants filed a Motion requesting an extension of time to respond to the Complaint, the Court entered an order granting the motion and extending Defendants' deadline for responding to the Complaint to January 19, 2007.

The parties are continuing to pursue settlement discussions that may resolve this matter without the need for Defendants to respond to the Complaint. To accommodate the delays inherent in the settlement discussion process, and to allow Defendants the opportunity to continue to engage in those settlement discussions before investing the time necessary to respond to the Complaint, Defendants request a limited extension of time, up to and including January 29, 2007, to answer or otherwise respond to the Complaint.

In accordance with Rule 6(b), the Court has the inherent power to grant reasonable extensions of time to file pleadings. See Simpson v. Socialist People's Libyan Arab Jamahiriya, 362 F. Supp. 2d 168, 171 (D.D.C. 2005) (noting that Court had previously granted an extension of time for defendant to file an answer); Savage v. Scales, 310 F. Supp. 2d 122, 127 (D.D.C. 2004) (granting two separate motions for extension of time where case was removed from state court and party submitted second motion for extension of time one day after the response deadline); Carbe v. Bureau of Alcohol, Tobacco, and Firearms, Civ. A. No. 03-1658(RMC), 2004 W.L. 2051359, at *9 (D.D.C. Aug. 12, 2004) (noting Court's willingness to grant an extension of time should the party require one).

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant their motion to extend their time to respond to Plaintiffs' Complaint until January 29, 2007.

January 16, 2007						Respectfully submitted,

							HOLLAND & KNIGHT, LLP


						By:	____/s/ Leo G. Rydzewski____
							Leo G. Rydzewski (Bar No. 459979)
							Christopher Hanback (Bar No. 232579)
							2099 Pennsylvania Ave., NW, Suite 100
							Washington, D.C.  20006
							(202) 955-3000  Phone
							(202) 955-5564  Fax
							Christopher.hanback@hklaw.com
							Leo.Rydzewski@hklaw.com

							*Counsel to Defendants*

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PARALYZED VETERANS <br> OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SHK MANAGEMENT, INC., <br> D/B/A KORMAN <br> COMMUNITIES, INC., ET AL. <br><br> Defendants. | Civil Action No. 1:06CV02122-GK |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**

The Court having considered the Consent Motion for Extension of Time to Answer or Respond to Plaintiffs' Complaint, and good cause having been shown, it is this ___ day of _____, 2007;

**ORDERED** that the Motion for Extension of Time is **GRANTED**;

It is further **ORDERED** that Defendants have up to and including January 29, 2007 to file their Answer or response to Plaintiffs' Complaint.

```
                                    _____
                                    Judge Gladys Kessler
                                    United States District Judge
```

# 4283258_v1