IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA, GENE A. CRAYTON, and CRAIG F. ENENBACH,<br><br>Plaintiffs,<br><br>v.<br><br>SHK MANAGEMENT, INC., A PENNSYLVANIA CORPORATION, D/B/A KORMAN COMMUNITIES, INC., WASHINGTON H STREET ASSOCIATES, LLC, A DELAWARE COMPANY, AND KCI INVESTMENT COMPANY, LLC, A PENNSYLVANIA COMPANY.<br><br>Defendants. | Civil Action No. 1:06CV02122-GK |

**MOTION FOR CONTINUANCE OF
INITIAL SCHEDULING CONFERENCE**

Plaintiff Paralyzed Veterans of America (the "Plaintiff"), by and through its undersigned counsel, hereby moves for a continuance of the Initial Scheduling Conference (the "Conference") from February 9, 2007, to February 21, 2007. Defendants' attorney has indicated that the alternative date is acceptable to Defendants. The reason for Plaintiff's request is set forth herein.

The Conference was initially scheduled to occur on Monday, February 5, 2007. On the morning of February 5, the Court cancelled the Conference because of an emergency. The Court rescheduled the Conference to February 9, 2007, at 10:15 a.m., and instructed the parties to file a Motion for Continuance if that date is inconvenient. February 9, 2007 is inconvenient because Plaintiff's representative wishes to attend the Conference, but he is out of town for business and a long scheduled vacation through February 19.

Accordingly, Plaintiff respectfully requests a continuance of the Conference to February 21, 2007, at a time in the morning or early afternoon.

| | |
|---|---|
| February 7, 2007 | Respectfully submitted,<br><br>BINGHAM McCUTCHEN LLP<br><br>By: _____/s/_____<br>Gerard P. Finn (D.C. Bar 448462)<br>2020 K Street, NW<br>Washington, D.C. 20006-1806<br>Tel: (202) 373-6097<br><br>Douglas T. Schwarz (admitted *pro hac vice)*<br>Ted Poretz (admitted *pro hac vice*)<br>399 Park Avenue<br>New York, New York 10022<br>Tel: (212) 705-7000<br><br>*Attorneys for Plaintiffs Paralyzed Veterans of America, Gene A. Crayton, and Craig Enenbach* |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PARALYZED VETERANS OF AMERICA, GENE A. CRAYTON, and CRAIG F. ENENBACH,<br><br>Plaintiffs,<br><br>v.<br><br>SHK MANAGEMENT, INC., A PENNSYLVANIA CORPORATION, D/B/A KORMAN COMMUNITIES, INC., WASHINGTON H STREET ASSOCIATES, LLC, A DELAWARE COMPANY, AND KCI INVESTMENT COMPANY, LLC, A PENNSYLVANIA COMPANY.<br><br>Defendants. | Civil Action No. 1:06CV02122-GK |

**[PROPOSED] ORDER GRANTING MOTION FOR CONTINUANCE OF
INITIAL SCHEDULING CONFERENCE**

Upon consideration of Plaintiff's Motion for Continuance of the Initial Scheduling Conference, it is the opinion of this Court that the motion be GRANTED. It is therefore ORDERED that:

The Initial Scheduling Conference is continued to February 21, 2007, at _____.

_____
United States District Court Judge

February ___, 2007

DCDOCS/676120.1