UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
PARALYZED VETERANS            :
  OF AMERICA, et al.,         :
                              :
        Plaintiffs,            :
                              :
    v.                        :   Civil Action No. 06-2122 (GK)
                              :
SHK MANAGEMENT INC.,          :
  et al.,                     :
                              :
        Defendants.           :
                              :
```

**O R D E R**

An Initial Scheduling Conference was held in this case on February 21, 2007.  Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that **no later than March 13, 2007,** the parties shall file a joint praecipe or, if necessary, individual praecipes informing the Court as to how the parties would like to proceed in this case.  If they would like the case referred to a magistrate judge for settlement purposes, the parties should indicate any request they may have for referral to a particular magistrate judge.

February 21, 2007                      /s/
                                       Gladys Kessler
                                       United States District Judge

**Copies to**: attorneys on record via ECF