IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA, GENE A. CRAYTON, and CRAIG F. ENENBACH,<br><br>Plaintiffs,<br><br>v.<br><br>SHK MANAGEMENT, INC., A PENNSYLVANIA CORPORATION, D/B/A KORMAN COMMUNITIES, INC., WASHINGTON H STREET ASSOCIATES, LLC, A DELAWARE COMPANY, AND KCI INVESTMENT COMPANY, LLC, A PENNSYLVANIA COMPANY.<br><br>Defendants. | Civil Action No. 1:06CV02122-GK |

**NOTICE REGARDING JOINT REQUEST FOR REFERRAL TO
A MAGISTRATE JUDGE FOR SETTLEMENT PURPOSES**

Pursuant to the Court's Order dated February 21, 2007, the parties hereby jointly request that the Court refer this case to a magistrate judge to conduct a mediation.

Respectfully submitted by,

| | |
|---|---|
| /s/ Gerard P. Finn | /s/ Leo G. Rydzewski |
| Gerard P. Finn (Bar No. 448462) | Leo G. Rydzewski (Bar No. 459979) |
| BINGHAM McCUTCHEN LLP | Christopher Hanback (Bar No. 232579) |
| 2020 K Street, NW | HOLLAND & KNIGHT, LLP |
| Washington, DC 20006-1806 | 2099 Pennsylvania Ave., NW, Suite 100 |
| Tel: (202) 373-6097 | Washington, D.C. 20006 |
| Fax: (202) 373-6001 | Tel: (202) 955-3000 |
| | Fax: (202) 955-5564 |
| Douglas T. Schwarz (admitted *pro hac vice*) | |
| Ted Poretz (admitted *pro hac vice*) | *Attorneys for Defendants* |
| 399 Park Avenue | |
| New York, New York 10022 | |
| Tel: (212) 705-7000 | |

*Attorneys for Plaintiffs*

March 13, 2007